IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cv-00245-W

| | | |
|---|---|---|
| BYRON FINANCIAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF HEARING |
| | ) | |
| GEVITY HR, INC., f/k/a HR AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TAKE NOTICE that a hearing on Defendant's Motion for Summary Judgment (Doc. No. 11) will take place before the undersigned United States District Judge, to be held at **9:00 a.m.** on **Thursday, June 10, 2010**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to fifteen (15) minutes per party.

Signed: May 19, 2010

Frank D. Whitney
United States District Judge